UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ARELLANO,<br><br>                             Plaintiff,<br><br>v.<br><br>A. CALDERON, et al.,<br><br>                             Defendants. | Case No.:  22cv441-TWR(LR)<br><br>**ORDER:**<br><br>**(1) SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE AND**<br><br>**(2) RESETTING MANDATORY SETTLEMENT CONFERENCE** |

The Court held a telephonic Case Management Conference ("TCMC") on March 15, 2023.  As discussed with and agreed upon by the parties, the Court **SETS** a follow-up TCMC on **June 14, 2023**, at **2:30 p.m.**  Counsel for Defendants is to arrange and initiate the conference call.  The telephone number for Judge Rodriguez's chambers is (760)-339-4250.

Additionally, after discussing possible early resolution of the case during the TCMC and as agreed upon by the parties, the Court **RESETS** the Mandatory Settlement Conference ("MSC") in this case for **July 19, 2023**, at **9:30 a.m.**  The following rules and deadlines apply:

/ / /

a. **Confidential Settlement Statements Required:** On or before **July 12, 2023**, the parties shall submit directly to Magistrate Judge Rodriguez's chambers (via hand delivery or by e-mail to the Court at efile_rodriguez@casd.uscourts.gov), confidential settlement statements.  The statements are limited to ten (10) pages, plus an additional (10) pages of exhibits. A settlement statement must outline (1) the nature of the case and the claims, (2) the party's position on liability or defenses; (3) the party's position regarding settlement of the case with a specific demand/offer for settlement, and (4) a summary of any previous settlement negotiations and mediation efforts. The settlement statement must specifically identify what the discovery process revealed and the effect that the evidence has had on the issues in the case. To the extent specific discovery responses, portions of deposition testimony, or expert reports are pertinent to the Court's evaluation of the matter, these documents must be attached as exhibits. Evidence supporting or refuting either party's claim for damages must also be identified and included as an exhibit.

If a party cannot make a specific demand or offer, then the party must explain why a demand or offer cannot be made and when the party will be able to state a demand or offer. The settlement statement should be submitted confidentially and need not be shared with other parties.

b. Prior to the start of the MSC, the Court will e-mail each MSC participant an invitation to join a Zoom video conference. If the MSC attendees, their email addresses, or their contact telephone numbers will differ from the attendees at the December 7, 2022, CMC, counsel for the Defendants shall send an e-mail to the Court at efile_rodriguez@casd.uscourts.gov no later than **July 12, 2023**.

/ / /
/ / /
/ / /
/ / /
/ / /

All other requirements and deadlines from the Court's previous Scheduling Order (ECF No. 16) remain unchanged.

**IT IS SO ORDERED.**

Dated: March 16, 2023

_____
Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge