

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raul Arellano | Civil Action No.  22-cv-00441-TWR-LR |
| Plaintiff, | |
| V. | |
| A. Calderon, Psychologist, Richard J. Donovan Correctional Facility; Miss Moreno, Psychologist, Richard J. Donovan Correctional Facility | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendants' Motion for Summary Judgment and enters Final Judgment in favor of Defendants.

Date:  3/18/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ S. Tweedle

S. Tweedle, Deputy